Sabrina Gene Cohn

Snoqualmoo/Snoqualmie Tribe
P. O. Box 61
Clinton, WA 98236

Case No. 2-20-MC-105-RSL

```
_____ FILED
_____ LOGED        MAIL
_____ RECEIVED
```

DEC 16 2020

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY

December 3, 2020

The reason I believe my case should be heard in your court is because I am part of a sovereign nation, the Snoqualmoo/Snoqualmie tribe under the Treaty of Point Elliott that was signed on January 22, 1855 in Mukilteo,(indian country) Washington territory and ratified by congress on March 8th and April 11th 1859. I am the great-great-great-great-great granddaughter of Chief Pat Kanim who was second to sign the treaty, and I have treaty rights. The right to travel is among those rights. The vehicle I was driving is owned and registered by the Snoqualmoo/Snoqualmie tribe. As a sovereign nation the tribe is legally able to own and license a vehicle for the tribal government to use as it sees fit. I was driving a tribal vehicle and was pulled over because of my license plate. The officer ignored who the legal and registered owner was and gave me a citation for no title. The Snoqualmoo/Snoqualmie tribe is a sovereign nation and state laws do not apply to tribal government property and the state violates the civil rights of tribal citizens when they are given citations for driving a sovereign government vehicle for not having a Washington state title.

_____

Sabrina Gene Cohn